FILED: January 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1
(3:25-cv-00199-JDA)

_____

MARION BOWMAN, JR.

        Plaintiff - Appellant

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellant's motion to exceed the length limitations for the emergency motion for administrative injunction and injunction pending appeal, the court grants the motion and accepts the emergency motion as filed. Appellees are permitted to file a response up to 3,550 words beyond the normal limitation.

The court directs that any reply to the response to the emergency motion be filed by noon on January 30, 2025.

        For the Court

        /s/ Nwamaka Anowi, Clerk