FILED: January 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1
(3:25-cv-00199-JDA)

_____

MARION BOWMAN, JR.

       Plaintiff - Appellant

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina

       Defendants - Appellees

_____

O R D E R
_____

Upon review of submissions relative to appellant Bowman's emergency motion for an administrative injunction and injunction pending appeal, the court denies the motion.

Entered at the direction of Judge Rushing with the concurrence of Judge Niemeyer and Judge Agee.

       For the Court

       /s/ Nwamaka Anowi, Clerk